929 A.2d 639

**COMMONWEALTH Ex Rel., Robert FEHNEL, Petitioner,**

v.

**David DIGUGLIELMO, Superintendent State Correctional Institution at Graterford, Respondent.**

**No. 75 EM 2007.**

Supreme Court of Pennsylvania.

July 25, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of July, 2007, the Application for Leave to File Original Process is granted and the Petition for

Writ of Habeas Corpus is denied without prejudice to seek relief from the Commonwealth Court.